# UNITED STATES DISTRICT COURT

## For the

## DISTRICT OF NEW HAMPSHIRE

2019 DEC 18 A 11: 15

JANET MARIE DELFUOCO

      Plaintiff,

v.

GORDAN MCDONALD, RICHARD TRACEY,　　　]

LISA WOLFORD, ERIN FITZGERALD, in the　　]

Capacity only as attorney general and　　　]

Employees of the state of New Hampshire,　]     Case No: 19-CV-1245

           Defendant one　　　]

DENISE BARSTOW, BOB FLUERY, TRACEY HEALEY,　]

JODY DUCHARME, in the capacity of employees,　]

 Granite State Credit Union.　　　　　]

           Defendant two　　　]

---

## COMPLAINT FOR VIOLATION OF RIGHTS, FIRST AMENDMENT

### INTRODUCTION

USC €1983 " provides a cause of action for the deprivation of any rights, privileges, or immunities secured by the constitution and laws by any person acting under the color of any

UNITED STATES DISTRICT COURT

For the

DISTRICT OF NEW HAMPSHIRE


JANET MARIE DELUOCO

Plaintiff,

v.

GORDAN McDONALD, RICHARD TRACEY,          )

LISA WOLFORD, ERIN FITZGERALD, in the     )

Capacity, only, as attorney, general and  )

Employees of the state of New Hampshire,  )

Defendant one                             )

DENISE BARSTOW, BOB FLEURY, TRACEY HEALEY, )

JODY OUCHARME, in the capacity of employees, )

Granite State Credit Union,               )

Defendant two                             )

_____

Case No: _____


COMPLAINT FOR VIOLATION OF RIGHTS, FIRST AMENDMENT

INTRODUCTION


USC §1983 "provides a cause of action for the deprivation of any rights, privileges, or immunities secured by the constitution and laws by any person acting under the color of any

statue, ordinance, regulation, custom, or usage, of any state or territory. " *Gomez v Toledo*, 446us 635,638 (1980) Internal quotations omitted).

The New Hampshire attorney general's office allowed Ms. DelFuoco to be arrested for a face book post on her own page explaining her belief in the Wiccan religion and what she believes to be Karma.

With the help of an employee at Granite State Credit Union( G.S.C.U.), Jody Ducharme, was paid employee to watch Ms. DelFuocos page every day, all day, came across a post on a Sunday afternoon and decided to turn it in along with other posts she had found that had nothing to do with Karma, or religion. Just shared post from around social media including pictures of her dog and her minor son on a dirt bike. The behavior of "stalking" as some would say was taking place shortly after Granite State Credit Union had lost in Rockingham superior court for trying to suppress Ms. Delfuoco for speaking publically about banking practices that had caused her significant financial and mental stress. *Civil case* #218-2016-CV-00060.

Since Ms. Delfuoco was a member of the credit union and had rights as a member and whistle blower of wrong doing, *Title 7 of civil rights act* 1964, 42 usc 2000e- (3A) prohibits retaliation against employees who opposed any practice made by title 7. The *sarbones-oxley act of 2002*, whistle blower act anti retaliation provision *dodd-frank act. As a member she has the same rights as an employee.*

When the complaint was brought to Richard Tracey and also Manchester Police Department, the police did no further investigation. Richard Tracey of the New Hampshire Attorney generals office called Ms. DelFuoco the next day and wouldn't say who brought them the copy of the post but wanted to know what it meant, she explained nothing but a karma post. Which Mr.Tracey already knew that because he had several interactions with Ms. Delfuoco because of her ex husband ( James Goad) and a loan scam with G.S.C.U. She was never notified and unaware at that time she would be investigated for a year. That investigation included two search warrants for Face book and her phone that where kept sealed from her knowledge and she was never notified. Thus moving forward for a year and then the indictments of four felonies and one misdemeanor. N.H. R.S.A. 631;41-a, she was found innocent of all charges. Including the judge saying on record " I do not believe you did this"

One Face book post about karma that was posted by Ms. DelFuoco was then taken down two hours after the posting on her page on a Sunday afternoon. The post was barely seen but created a safe space for Ms. DelFuoco to vent because of all the injustices done was nothing more then retaliation from the credit union with the assistance of the Attorney general office. *Packingham vs North Carolina, June of 2017,*

Case 1:19-cv-01245-JD Document 1-1 Filed 12/18/19 Page 4 of 10

statute, ordinance, regulation, custom, or usage, of any state or territory." Gomez v Toledo, 446us 635,638 (1980) Internal quotations omitted).

The New Hampshire attorney general's office allowed Ms. DelFuoco to be arrested for a face book post on her own page explaining her belief in the Wiccan religion and what she believes to be Karma.

With the help of an employee at Granite State Credit Union( G.S.C.U.), Jody Dutchames was paid employee to watch Ms. DelFuocos page every day, all day, came across a post on a Sunday afternoon and decided to turn it in along with other posts she had found that had nothing to do with Karma, or religion. Just shared post from around social media including pictures of her dog and her minor son on a dirt bike. The behavior of "stalking" as some would say was taking place shortly after Granite State Credit Union had lost in Rockingham superior court for trying to suppress Ms. DelFuoco for speaking publically about banking practices that had caused her significant financial and mental stress. Civil case #218-2018-CV-00060.

Since Ms. DelFuoco was a member of the credit union and had rights as a member and whistle blower of wrong doing, title 7 of civil rights act 1964, 42 usc 2000e-(3a) prohibits retaliation against employees who opposes any practice made by title 7. The Sarbanes-Oxley act of 2002, whistle blower act anti retaliation provision should protect her. As a member she has the same rights as an employee.

When the complaint was brought to Richard Tracey and also Manchester Police Department, the police did no further investigation. Richard Tracey of the New Hampshire Attorney general's office called Ms. DelFuoco the next day and wouldn't say who brought them the copy of the post but wanted to know what it meant, she explained nothing but a karma post. Which Mr. Tracey already knew that because he had several interactions with Ms. DelFuoco because of her ex husband ( James Good) and a loan scam with G.S.C.U. She was never notified and unaware at that time she would be investigated for a year. That investigation included two search warrants to face book and her phone that where kept sealed from her knowledge and she was never notified. Thus moving forward for a year and then the indictments of four felonies and one misdemeanor. N.H. R.S.A. 631:4-a. she was found innocent of all charges. Including the judge saying on record " I do not believe you did this"

One Face book post about karma that was posted by Ms. DelFuoco was then taken down two hours after the posting on her page on a Sunday afternoon. The post was barely seen but created a safe space for Ms. DelFuoco to vent because of all the injustices done was nothing more than retaliation from the credit union with the assistance of the Attorney general office. Blackmailing for [illegible]

*"Facebook is considered a protected safe space, under the first Amendment, for lawful speech a fundamental principle of the first am. Is that all persons have access to a place where they can speak and listen and after reflection speak and listen once more."*

## CHARGES

Charge 1, The Attorney generals office and investigator Dick Tracey asked for and received two sealed search warrants in March of 2017, which resulted in hundreds of pages of nothing but shared photos and memes and private pictures of her family life, including minor children. There was other post and videos of Ms. Delfuoco speaking freely of the family court system and civil court and all the laws under the New Hampshire judicial that have been broken and the state was ignoring the complaints. At this point brought her to trial for one post she removed that claimed her to be Wiccan. What does her choice of religion have to do with a case for threat or was it used to discredit her because she was telling the truth about the state officials and judges and credit union breaking laws?

Charge 2, Are public officials and businesses allowed to violate a citizens 1 and 4th amendment rights of privacy and to be used against them in a malicious prosecution? NH constitution pt. 1 art. 14, legal remedies.

Charge 3, How far does Article IV of the Constitution allow a public agency to go in getting search warrants against a citizen exercising her constitutional rights of speech and religion, ( a religion that is proven to be older then Christianity).

Charge 4, Finally, during the trial the prosecutor, Lisa Wolford and Erin Fitzgerald on several accounts tried to mislead the jury by saying Wicca is a scam and not a believable religion. Thus, making light of her religious beliefs as not real, and lending credence to malicious prosecution.

Charge 5, The end result of the forgoing charges and trial has led to permanent loss of health and emotional stability.

_____WHEREFORE, the Plaintiff requests the court find that the Granite State Credit Union and the NH Attorney General's office did maliciously violate her right to freely

"Facebook is considered a protected safe space, under the First Amendment, for lawful speech & fundamental principle of the First Am. is that all persons have access to a place where they can speak and listen and after reflection speak and listen once more."

CHARGES

Charge 1: The Attorney general's office and investigator Dick Fraley asked for and received two sealed search warrants in March of 2017, which resulted in hundreds of pages of nothing but shared photos and memes and private pictures of her family life, including minor children. There was other post and videos of Mrs. DeBlasio speaking freely of the family court system and civil court and all the laws under the New Hampshire judicial that have been broken and the state was ignoring the complaints. At this point brought her to trial for one post she removed that claimed her to be "the Wiccan. What does her choice of religion have to do with a case for threat or was it used so disrespect her because she was telling the truth about the state officials and judges and credit union braking laws?

Charge 2: Are public officials and businesses allowed to violate to citizens 1 and 4th amendment rights or privacy and to be used against them in a malicious prosecution? NH constitution pt. 1 art. 14, legal remedies

Charge 3: How far does Article IV of the Constitution allow a public agency to go in getting a search warrants against a citizen exercising her constitutional rights of speech and religion, ( a religion that is proven to be older then Christianity)

Charge 4: Finally, during the trial the prosecutor, Lisa Wolford and atm Fitzgerald on several accounts tried to mislead the jury by saying Wicca is a scam and not a believable religion. Thus, making light of her religious beliefs as not real, and leaning credence to malicious prosecution.

Charge 5: The end result of the foregoing charges and trial has led to permanent loss of health and emotional stability.

WHEREFORE, the Plaintiff remeasts the court find that the Granite State Credit Union and the NH Attorney General's office did maliciously violate her right to freely

express herself, her religion her right to have religious faith of her choice and inflicted malicious prosecution for daring to be outspoken about a business invading her freedom of expression and the government's intimidation for purpose of showing others what happens when you speak out. The harassment and violations and result in trials causing her a mental and physical breakdown. The end result monetary damages to refinance her home again with another bank making her now mortgage double and lasting damages to her physically and mentally. Also causing emotional damage to her minor son.

express herself, her religion her right to have religious faith of her choice and inflicted malicious prosecution for daring to be outspoken about a business invading her freedom of expression and the government's intimidation for purpose of showing others what happens when you speak out. The harrasment and violations and result in trials causing her a mental and physical breakdown. The end result monetary damages to refinance her home again with another bank making her now mortgage double and lasting damages to her physically and mentally. Also causing emotional damage to her minor son.

# UNITED STATES FEDERAL COURT

## For

## NEW HAMPSHIRE DISTRICT

I Janet M. DelFuoco do hereby swear to the foregoing facts as true and factual to the best of my knowledge on or about December 18th, 2019 at county of Merrimack State of New Hampshire.

Code Section Offense Description

Violation by Public officials of Free Speech

This civil complaint is based on the foregoing facts and evidence which will be presented at trial.

_Janet DelFuoco_                259 Bow St  Northwood  NH 03261
                                603-608-8391      uppasbaw @msn.com

signature of Janet M. Delfuoco

Sworn to and signed in my presence

Dated _12·18·19_

Justice of the Peace or Notary Public

_Heather Cutter_   Heather Cutter

Printed Name of Justice or Notary

City and State _Northwood  NH_

HEATHER CUTTER
Notary Public - New Hampshire
My Commission Expires September 7, 2021

# UNITED STATES FEDERAL COURT

for

## NEW HAMPSHIRE DISTRICT

I Jason M. Dolfrocco do hereby swear to the foregoing facts as true and factual to the best of my knowledge on or about December 10th, 2019 in county of Merrimack State of New Hampshire.

Code Section Offense Description

Violation by "Public officials of Free Speech

The world is my Table is based on the foregoing, facts and evidence which will be presented at trial

_____
Signature of Jason M. Dolfrocco

Sworn to and signed in my presence

Dated _____

_____
Justice of the Peace or Notary Public

_____
Printed Name of Justice or Notary

City and State _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|  |  |  |
|---|---|---|
| JANET DolFusco | ) |  |
| _Plaintiff(s)_ | ) | Civil Action No. |
| v. | ) |  |
| tracey healey | ) |  |
| _Defendant(s)_ | ) |  |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
tracey healey
1415 Elm st
manchester NH
03101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____          _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
## District of

|  |  |
|---|---|
| JANET Delfuoco _____ <br> *Plaintiff(s)* <br><br> v. <br><br> Bob Fluery _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bob Fluery
1415 Elm ST
Manchester NH 03101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                                  *Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                        *Server's signature*

                                                        _____
                                                        *Printed name and title*

                                                        _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|   |   |   |
|---|---|---|
| JANET DelFuoco <br> _Plaintiff(s)_ | ) ) ) ) ) | |
| v. | ) ) | Civil Action No. |
| Denise Barstow <br> _Defendant(s)_ | ) ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Denise Barstow
1415 Elm ST
manchester NH 03101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____       _____
                                           *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of

|  |  |
|---|---|
| JANET DelFuoco<br>_Plaintiff(s)_ | )<br>)<br>)<br>)<br>) |
| v. | )<br>) |
| Richard tracey<br>_Defendant(s)_ | )<br>)<br>)<br>) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_
Richard tracey
33 Capitol ST Concord NH
03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|  |  |
|---|---|
| JAneT DelFuoco _____ <br> *Plaintiff(s)* <br><br> v. <br><br> lisa wolford _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

lisa wolford
33 capital ST
Concord NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>JAnet DelFuolo</td><td>)<br>)<br>)</td><td></td></tr>
<tr><td><i>Plaintiff(s)</i></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)<br>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)<br>)</td><td></td></tr>
<tr><td>Erin Fitzgerald</td><td>)<br>)</td><td></td></tr>
<tr><td><i>Defendant(s)</i></td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Erin Fitzgerald
33 capital st
concord NH
63301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|  |  |  |
|---|---|---|
| JAneT DelFuoco _____ <br> *Plaintiff(s)* <br> v. <br> Gordon McDonald _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Gordon McDonald
33 Capital ST
Concord NH 03301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____         _____
                                                   *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of

|  |  |  |
|---|---|---|
| JANET DelFuoco | ) | |
| *Plaintiff(s)* | ) | Civil Action No. |
| v. | ) | |
| Jody Ducharme | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Jody Ducharme
1415 Elm St
Manchester NH
03101

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: