UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

FILED - USDC-NH
2020 JUL 6 PM 12:29

Janet DelFuoco

Plaintiff(s)

v.

N.H. Attorney General, Granite State Credit Union

Defendant(s)

Case No. 1:19-cv-01245-JD

MOTION TO/FOR       CAUSE OF ACTION/ INVESTIGATION OF PARTIES

(enter title of motion)

I come before the court to ask for the following relief.

1. I ask the court to please set forth a federal investigation against the state of N.H. for abuse of power and all parties involved not limited and including the trial of Janet DelFuoco.
 A. It was very clear the state prompted its witnesses to lie on the stand under oath in a state criminal trial. in which could have led the defendant up to 50 years in prison.
 B. If any laws were broken in wire tapping, the court got it wrong and would like to make the correction, it wasn't Ms. DelFuocos cell phone that was wired but her home phone, giving the A.G. access to her home computer. they have documents that were downloaded that I never gave them.
2. The right to move forward when the federal court is finished to be able to file a civil lawsuit seeking monastery damages also seeking a public apology. Also, for the parties who broke laws to face charges.
3. Ms. DelFuoco is also. willing to please the court with mediation

Enter text of motion using numbered paragraphs (explain what you want the court to do). The field will expand as you type.

Date: Jul 3, 2020

Janet DelFuoco

Signature

## MEMORANDUM OF LAW

Pursuant to LR 7.1(a)(2), every motion shall be accompanied by a memorandum with citations to supporting authorities or a statement explaining why a memorandum is unnecessary.

☐ I have attached a supporting memorandum of law to this motion.

☒ I have NOT attached a memorandum of law because none is required (explain your reasoning below).

request

## CONCURRENCES SOUGHT

Pursuant to LR 7.1(c), any party filing a motion other than a dispositive motion (a dispositive motion seeks an order disposing of one or more claims in favor of the moving party, for example, a motion to dismiss or a motion for summary judgment) shall certify to the court that a good faith attempt has been made to obtain concurrence/agreement in the relief sought. If concurrence is obtained, the moving party shall so note.

I certify the following (choose one):

☐ All parties have assented/agreed to this motion.

☐ I made a good faith attempt, but was unable to successfully obtain concurrence/agreement from all parties.

☒ I have NOT attempted to obtain concurrence/agreement because it is not required.

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served on the following persons on the date and in the manner specified below:

| | |
|---|---|
| Person(s) served electronically (via ECF): | |
| Person(s) served by mail. Please include address(es): | |

Person(s) served by hand:

Date of Service: _____

Signature: _____

Name: _____

Address: _____

_____

Phone: _____

Email: _____

USDCNH-101 (Rev. 2/26/13)