```
             UNITED STATES DISTRICT COURT
               DISTRICT OF NEW HAMPSHIRE
```

Janet Marie DelFuoco

    v.                                      Case No. 19-cv-1245-JD

NH Attorney General, et al.

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 24, 2020.

                                              /s/Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr
                                              United States District Judge

Date: July 8, 2020

cc:   Janet Marie DelFuoco, pro se