USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Janet Delfuoco <br> *Plaintiff* | ) <br> ) |
| v. | ) Case No. 1:19-cv-01245-JD |
| Gordan MacDonald, et al. <br> *Defendant* | ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Tracy.

Date:   07/24/2020

/s/ Samuel R.V. Garland
*Attorney's signature*

Samuel R.V. Garland, Bar No. 266273
*Printed name and bar number*

NH Dpt. of Justice, Office of Attorney General
33 Capitol Street, Concord, NH 03301
*Address*

samuel.garland@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Janet Marie DelFuoco
259 Bow St
Northwood, NH 03261

| 07/24/2020 | /s/ Samuel R.V. Garland |
|---|---|
| Date | Signature |