## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

```
*************************************
Janet Marie Delfuoco,                *
                                     *
          Plaintiff,                 *
     v.                              *   Case No. 19-cv-1245-JD
                                     *
Gordon MacDonald, et al.,            *
                                     *
          Defendants.                *
                                     *
*************************************
```

## ACCEPTANCE OF SERVICE

This is to notify the Court that the New Hampshire Department of Justice, Office of the Attorney General, accepts service on behalf of Defendant Richard Tracey, named in this action, and will represent him pursuant to the terms of RSA 99-D.

Pursuant to the Court's June 24, 2020 Order (Johnstone, J.), the Office of the Attorney General shall file an answer or otherwise plead on behalf of Defendant Tracey on or before August 14, 2020.

Consistent with the Federal Rules of Civil Procedure, the State reserves the right to challenge this Court's subject-matter jurisdiction, and to raise any and all other objections. *See* Fed. R. Civ. P. 4(d).

Respectfully submitted,

RICHARD TRACEY

By his attorney,

THE OFFICE OF THE ATTORNEY GENERAL

Dated: July 24, 2020 /s/ Samuel Garland
Samuel Garland, Bar #266273
Assistant Attorney General
Civil Bureau
(603) 271-3650
samuel.garland@doj.nh.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed postage prepaid to:

Janet Marie DelFuoco
259 Bow St.
Northwod, NH 03261

/s/ Samuel Garland
Samuel Garland