USDCNH-96 (Rev. 7/14) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Hampshire

| | |
|---|---|
| Janet DelFuoco ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:19-cv-01245-JD |
| Gordon MacDonald, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Richard Tracy .

Date: 08/24/2020

/s/ Seth M. Zoracki
*Attorney's signature*

Seth M. Zoracki, Bar No. 267887
*Printed name and bar number*

NH Dep't of Justice, Civil Bureau,
33 Capitol Street, Concord, NH 03301

*Address*

seth.zoracki@doj.nh.gov
*E-mail address*

(603) 271-3650
*Telephone number*

(603) 271-2110
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

Janet Marie DelFuoco
259 Bow St.
Northwood, NH 03261

| 08/24/2020 | /s/ Seth M. Zoracki |
|---|---|
| Date | Signature |