

EXHIBIT A

# THE STATE OF NEW HAMPSHIRE
## INDICTMENT

ROCKINGHAM, SS.                                        JANUARY TERM, 2018

At the Superior Court, holden at Brentwood, within and for the County of Rockingham, aforesaid, on the fifth day of January in the year of our Lord two thousand and eighteen

THE GRAND JURORS FOR THE STATE OF NEW HAMPSHIRE, upon oath, present that

**JANET DELFUOCO**
(DOB: ▮1967)

of Northwood, in the State of New Hampshire, on or about February 5, 2017, at Northwood, in the County of Rockingham, aforesaid, did commit the crime of

**HARM OR THREATS TO CERTAIN GOVERNMENT OFFICIALS**
(RSA 631:4-a)

in that Janet Delfuoco purposely threatened to commit a crime against a member of the judiciary in retaliation for action taken as part of that official's government duties, in that, in statements Janet Delfuoco posted on Facebook she threatened Judge Mark Weaver of the New Hampshire Circuit Court in saying,

Post #1 – "as my aunt just asked me….are you really going to be able to live with yourself with all the pain you are causing your family…my response was yep, let them all die and suffer….hear that Diane…suffer!"

Post #2 – "the judges and that fucking attorney are so next…….so so next."

Post #3 – "Donald.. dead, mother just lost it all, Diane sick, husband sick…. next is weaver, Anderson, and gallant i will give you the shirt off my back and heal your diseases, but i am also just as capable of killing you off……don't ever cross me with corruption and greed."

in retaliation for action Judge Mark Weaver took as part of his government duties,

said acts being contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State.

_____
Erin E. Fitzgerald
Attorney, NH Attorney General's Office

This is a true bill.

_____
Foreperson

218-2018-CR-00066                                    Charge ID: 1457071 C

Charge ID: 1457071C

    Name:         Janet Delfuoco
    DOB:             1967
    Address:      L.K.A. 259 Bow Street, Northwood, NH 03261
    RSA:          631:4-a
    Offense level: Class B Felony – 3½-7 years NHSP, $4,000 fine
    Dist/Mun Ct:  N/A

1878202

Charge ID: 1457071C

218-2018-CR-00066

# THE STATE OF NEW HAMPSHIRE
## INDICTMENT

ROCKINGHAM, SS.                                                            JANUARY TERM, 2018

At the Superior Court, holden at Brentwood, within and for the County of Rockingham, aforesaid, on the fifth day of January in the year of our Lord two thousand and eighteen

THE GRAND JURORS FOR THE STATE OF NEW HAMPSHIRE, upon oath, present that

**JANET DELFUOCO**
(DOB: ███ 1967)

of Northwood, in the State of New Hampshire, on or about February 5, 2017, at Northwood, in the County of Rockingham, aforesaid, did commit the crime of

**HARM OR THREATS TO CERTAIN GOVERNMENT OFFICIALS**
(RSA 631:4-a)

in that Janet Delfuoco purposely threatened bodily injury against a member of the judiciary in retaliation for action taken as part of that official's government duties, in that, in statements Janet Delfuoco posted on Facebook she threatened Judge Mark Weaver of the New Hampshire Circuit Court in saying,

Post #1 – "as my aunt just asked me....are you really going to be able to live with yourself with all the pain you are causing your family...my response was yep, let them all die and suffer....hear that Diane...suffer!"

Post #2 – "the judges and that fucking attorney are so next.......so so next."

Post #3 – "Donald.. dead, mother just lost it all, Diane sick, husband sick.... next is weaver, Anderson, and gallant i will give you the shirt off my back and heal your diseases, but i am also just as capable of killing you off......don't ever cross me with corruption and greed."

in retaliation for action Judge Mark Weaver took as part of his government duties,

said acts being contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State.

_____
Erin E. Fitzgerald
Attorney, NH Attorney General's Office

This is a true bill.

_____
Foreperson

Charge ID: 1457072C

218-2018-CR-00066

Charge ID: 14 S7072C

Name: Janet Delfuoco
DOB: ▉▉▉▉ 1967
Address: L.K.A. 259 Bow Street, Northwood, NH 03261
RSA: 631:4-a
Offense level: Class B Felony – 3½-7 years NHSP, $4,000 fine
Dist/Mun Ct: N/A

1882380

Charge ID: 14 S7072C

218-2018-CR-00066

# THE STATE OF NEW HAMPSHIRE
# INDICTMENT

ROCKINGHAM, SS.                                                        JANUARY TERM, 2018

At the Superior Court, holden at Brentwood, within and for the County of Rockingham, aforesaid, on the fifth day of January in the year of our Lord two thousand and eighteen

THE GRAND JURORS FOR THE STATE OF NEW HAMPSHIRE, upon oath, present that

**JANET DELFUOCO**
(DOB: ▮▮1967)

of Northwood, in the State of New Hampshire, on or about February 5, 2017, at Northwood, in the County of Rockingham, aforesaid, did commit the crime of

**HARM OR THREATS TO CERTAIN GOVERNMENT OFFICIALS**
(RSA 631:4-a)

in that, Janet Delfuoco purposely threatened bodily injury against a member of the judiciary in retaliation for action taken as part of that official's government duties, in that, in statements Janet Delfuoco posted on Facebook she threatened Judge David Anderson of the New Hampshire Superior Court in saying,

Post #1 – "as my aunt just asked me….are you really going to be able to live with yourself with all the pain you are causing your family…my response was yep, let them all die and suffer….hear that Diane…suffer!"

Post #2 – "the judges and that fucking attorney are so next…….so so next."

Post #3 – "Donald.. dead, mother just lost it all, Diane sick, husband sick…. next is weaver, Anderson, and gallant i will give you the shirt off my back and heal your diseases, but i am also just as capable of killing you off……don't ever cross me with corruption and greed."

in retaliation for action Judge David Anderson took as part of his government duties,

said acts being contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State.

Erin E. Fitzgerald
Attorney, NH Attorney General's Office

This is a true bill.
Foreperson

218-2018-CR-00066

Charge ID: 1457073C

Name: Janet Delfuoco
DOB: ▮▮▮▮1967
Address: L.K.A. 259 Bow Street, Northwood, NH 03261
RSA: 631:4-a
Offense level: Class B Felony – 3½-7 years NHSP, $4,000 fine
Dist/Mun Ct: N/A

1882374

218-2018-CR-00066

Charge ID: 1457073-C

THE STATE OF NEW HAMPSHIRE
INDICTMENT

ROCKINGHAM, SS.                                               JANUARY TERM, 2018

At the Superior Court, holden at Brentwood, within and for the County of Rockingham, aforesaid, on the fifth day of January in the year of our Lord two thousand and eighteen

THE GRAND JURORS FOR THE STATE OF NEW HAMPSHIRE, upon oath, present that

**JANET DELFUOCO**
(DOB: ▓▓▓▓▓ 967)

of Northwood, in the State of New Hampshire, on or about February 5, 2017, at Northwood, in the County of Rockingham, aforesaid, did commit the crime of

**HARM OR THREATS TO CERTAIN GOVERNMENT OFFICIALS**
(RSA 631:4-a)

in that, Janet Delfuoco purposely threatened to commit a crime against a member of the judiciary in retaliation for action taken as part of that official's government duties, in that, in statements Janet Delfuoco posted on Facebook she threatened Judge David Anderson of the New Hampshire Superior Court in saying,

Post #1 – "as my aunt just asked me….are you really going to be able to live with yourself with all the pain you are causing your family…my response was yep, let them all die and suffer….hear that Diane…suffer!"

Post #2 – "the judges and that fucking attorney are so next…….so so next."

Post #3 – "Donald.. dead, mother just lost it all, Diane sick, husband sick…. next is weaver, Anderson, and gallant i will give you the shirt off my back and heal your diseases, but i am also just as capable of killing you off……don't ever cross me with corruption and greed."

in retaliation for action Judge David Anderson took as part of his government duties,

said acts being contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State.

_____
Erin E. Fitzgerald
Attorney, NH Attorney General's Office

This is a true bill.

_____
Foreperson

218-2018-CR-00066

Charge ID: 1457074C

```
Name:          Janet Delfuoco
DOB:           ███ 1967
Address:       L.K.A. 259 Bow Street, Northwood, NH 03261
RSA:           631:4-a
Offense level: Class B Felony – 3½-7 years NHSP, $4,000 fine
Dist/Mun Ct:   N/A
```

1879016

218-2018-CR-00066                                    Charge ID: 1457074C

THE STATE OF NEW HAMPSHIRE
INFORMATION

RECEIVED
ROCKINGHAM
SUPERIOR COURT

ROCKINGHAM, SS.                                          JANUARY TERM, 2018

At the Superior Court, holden at Brentwood, within and for the County of Rockingham, aforesaid, on the fifth day of January in the year of our Lord two thousand and eighteen

Comes now the Attorney General in the name of and on behalf of the State of New Hampshire, upon information, and complains that:

**JANET DELFUOCO**
(DOB: ▮1967)

of Northwood, in the State of New Hampshire, on or about February 5, 2017, at Northwood, in the County of Rockingham, did commit the crime of

**CRIMINAL THREATENING**
(RSA 631:4)

in that, Janet Delfuoco threatened to commit any crime against the person of another with the purpose to terrorize any person, in that, in statements Janet Delfuoco posted on Facebook she threatened Attorney Clifford Gallant in saying,

Post #1 – "as my aunt just asked me….are you really going to be able to live with yourself with all the pain you are causing your family…my response was yep, let them all die and suffer….hear that Diane…suffer!"

Post #2 – "the judges and that fucking attorney are so next…….so so next."

Post #3 – "Donald.. dead, mother just lost it all, Diane sick, husband sick…. next is weaver, Anderson, and gallant i will give you the shirt off my back and heal your diseases, but i am also just as capable of killing you off……don't ever cross me with corruption and greed."

said acts being contrary to the form of the statute, in such case made and provided, and against the peace and dignity of the State.

Erin E. Fitzgerald
Attorney, NH Attorney General's Office

Name:          Janet Delfuoco
DOB:           ▮1967
Address:       L.K.A. 259 Bow Street, Northwood, NH 03261
RSA:           631:4
Offense level: Class A Misdemeanor – 1-year term of imprisonment, $2,000 fine
Dist/Mun Ct:   N/A
1879049

218-2018-CR-00066                                    Charge ID: 1457075C