velope is for use with the following services:   **UPS Next Day Air®**
**UPS Wo**~~~~~~~**®**
**UPS 2n**

ELI TILLINGHAST
6038681999
POSTAL CENTER USA LEE
62 CALEF HIGHWAY
LEE NH 03861

US DISTRICT COURT
55 PLEASANT ST
RM 110
CONCORD NH 03301

SHIP TO:
US DISTRICT COURT
55 PLEASANT ST RM 110
CONCORD NH 03301

P: YELLOW  S: 1
CAPT – MFL                    I: 30

1ZV8989A039160  0546
JCH3GSK
NHMAN932UDC  SEP 2 05:20:03 2020



NH 031 9-01



**UPS GROUND**
TRACKING #: 1Z V89 89A 03 9160 0546



BILLING: P/P

Trx Ref No.: PM PKG ID 246024
Trx Ref No.: FROM DELFUOCO
XOL 20.08.05    NV46 31.0A 07/2020*



SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 0520

Serving you for more than 100 years
United Parcel Service.

  

rriage by Air (the "Warsaw Convention") and/or
gulations. Diversion contrary to U.S. law prohibited.                    0101951033  4/14 PAC United Parcel Service



Legal Express En