UNITED STATES DISTRICT COURT
For the
District of New Hampshire

FILED - USDC-NH
2020 SEP 22 PM 3:12

Janet DelFuoco
  Plaintiff
  v.                                 Case No. 1:19-cv-01245-JD
Richard Tracey
  Defendant

# ANSWER AND RESPONSE TO FILING BY DEFENDANT

  The last motion filed by plaintiff, Janet DelFuoco included discovery by the attorney general offices lead investigator Richard (Dick) Tracey. The attorneys for the defendant have stated and made claims my accusations could have been made by the prosecutor. I never said the prosecutor falsified the discovery. I said it was falsified by the attorney generals office. This includes and doesn't limit Dick Tracey and his part on this falsification. With that being said on part of the motion to dismiss Attorney Seth M. Zoracki states Mr. Tracey was able to get the search warrant by a statement made by the plaintiff "witchcraft causes Death". As much as the plaintiff would argue that statement is freedom of speech and religion, she asks the Attorney general to provide proof that was even stated on record. They can not. The full interview of Ms. DelFuoco was included in the last motion and exhibits and know where does it state that statement in which proves. I have included emails from the attorney general office that state I had in my possession all discoveries. (exhibit A) . Also, the Home phone warrant, they addressed that is was not my cell phone but home phone in their last motion. They have in my discovery a document from my home computer that has nothing to do with this case but a taped meeting with the banker commissioner of NH and a state rep about a local credit union and their practices. I was very shocked to see this in my discovery.

  The plaintiff asks the court for the following relief.

1. If the court would please, a decision to the attorneys that any furthered falsified comments without proof the court shall censure the Attorneys for falsification. (That's the whole reason why we are at this point because of falsification of evidence that almost landed the plaintiff in jail for up to 50 years, and

caused serious health issues. This is an embarrassment to not only the court, but the Attorneys thinking they can lie to get this case dismissed.

2. The Plaintiff has proven the State Of New Hampshire did falsify evidence, and has violated the plaintiff's constitutional right to due process, United State vs. foster, 1988. This only proves even more the plaintiff has a justified case against the state of New Hampshire Attorney general's office, Dick Tracey, and now this attorney who feels he too has immunity to hide behind.

3. CNN a local new outlet released a story that stated "Misconduct by government officials is a factor in 54% of wrongful convictions, study finds" written Sept 17, 2020. The Plaintiff could have spent up to 50 years in jail because of this, it is up to this court as a overseer of the justice of this country to uphold the law and constitutional rights of the people to make sure due process and procedure is followed by all government officials and the immunity be withheld when a devious act is done, and with this recurrence maybe the court should find in favor of plaintiff with no future action required.

Based on the foregoing, the Plaintiff Janet DelFuoco respectfully submits that this Court should grant a motion to the plaintiff to Proceed or in favor of.

Respectfully submitted,

JANET DELFUOCO

Dated September 19, 2020

CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing was sent by mail to attorney Seth Zoracki 33 Capitol St Concord NH 03301 on September 20, 2020

## RE: Right to Know Request - Audio Interview

Ziegler, Stacy <Stacy.Ziegler@doj.nh.gov>
Wed 9/16/2020 6:18 PM
**To:** janet d <upperbow@msn.com>

Correct.

**From:** janet d <upperbow@msn.com>
**Sent:** Wednesday, September 16, 2020 2:18 PM
**To:** Ziegler, Stacy <Stacy.Ziegler@doj.nh.gov>
**Subject:** Re: Right to Know Request - Audio Interview

**EXTERNAL:** Do not open attachments or click on links unless you recognize and trust the sender.

Hello Stacey. Thanks for the fast response. If im correct this is the interview that was already un my discovery.? Nothing new correct? Janet

*Sent from my LG Mobile*

------ Original message------
**From:** Ziegler, Stacy
**Date:** Wed, Sep 16, 2020 1:45 PM
**To:** janet d;
**Cc:** Fitzgerald, Erin;
**Subject:** Right to Know Request - Audio Interview

Good Afternoon,

Please find attached a letter from our office and the requested audio interview.

Thank you,

Stacy Ziegler
**Paralegal II | Criminal Justice Bureau**
**NH Department of Justice | Office of the Attorney General**
33 Capitol Street | Concord, New Hampshire 03301
Phone: (603) 271-3671 | Fax: (603) 271-2110
Email:

Janet M Delfuoco
259 Bow St
Northwood, NH 03261



MANCHESTER NH 030

21 SEP 2020   PM 3   L



N.H. Federal Court
55 Pleasant St. #110
Concord N.H. 03301

03301-394135