```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

<u>Janet Marie DelFuoco</u>

    v.

                                    Case No. 19-cv-1245-JD

<u>NH Attorney General, et al</u>

<u>JUDGMENT</u>

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Joseph A. DiClerico, Jr., dated July 8, 2020, approving the Report and Recommendation by Magistrate Judge Andrea K. Johnstone, dated June 24, 2020;

2. Order by District Judge Joseph A. DiClerico, Jr., dated September 22, 2020; and

3. Order by District Judge Joseph A. DiClerico, Jr., dated September 23, 2020.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                By the Court:

                                                <u>/s/ Daniel J. Lynch</u>
                                                Daniel J. Lynch
                                                Clerk of Court

Date: September 22, 2020

cc:   Janet Marie DelFuoco, pro se
       Samuel R. V. Garland, Esq.
       Seth Michael Zoracki, Esq.