*[signature]*

Janet DelFuoco

- Copy sent to the New Hampshire Attorney general office.